Robert P. Henk (SBN 147490)
Sheri L. Leonard (SBN 173544)
henkleonard@aol.com
Henk Leonard, A Professional Law Corporation
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:  (916) 787-4544
Facsimile:  (916) 787-4530

Attorneys for Plaintiff
CHAR RUPPEL

SEYFARTH SHAW LLP
Kristina M. Launey (State Bar No. 221335)
klauney@seyfarth.com
Sophia S. Kwan (State Bar No. 257666)
skwan@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHAR RUPPEL, | ) | Case No.  2:13-cv-1199-GEB-AC |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) ) | |
| WELLS FARGO BANK,  NATIONAL ASSOCIATION, and DOES 1 through 5, inclusive | ) ) ) | Judge:  Garland Burrell |
| | ) ) | (Placer County Superior Court, Case No. SCV0032946) |
| Defendants. | ) ) | Complaint filed: May 2, 2013 |
| | ) ) | |

This Stipulation is made by and between plaintiff Char Ruppel ("plaintiff") and defendant Wells Fargo Bank, N.A. ("defendant"), by and through their respective counsel of record, with reference to the following facts:

1. Plaintiff filed this Complaint on May 2, 2013;

2. On June 13, 2013, defendant filed its Answer to plaintiff's Complaint in Placer County Superior Court. The same day, defendant filed a Notice of Removal to the United States District Court for the Eastern District of California.

3. On June 17, 2013, the Court set the Initial Scheduling Conference for September 30, 2013 at 9:00 a.m.

4. Based on the September 30, 2013 Scheduling Conference, the Parties' Joint Status Report is currently due on September 16, 2013 and the last day to meet and confer is September 9, 2013.

5. The Parties have engaged in, and continue to engage in, good faith discussions to evaluate whether the Parties can reach an early resolution in this case.

6. The Parties jointly request that the Initial Scheduling Conference, and all associated deadlines, be continued to November 4, 2013, or soon thereafter, to allow the Parties additional time to evaluate whether a resolution can be reached.

7. The Parties have not previously requested a time extension in this case for any reason.

NOW THEREFORE, the Parties stipulate and jointly request that the Court extend the Initial Scheduling Conference from September 30, 2013 to November 4, 2013 at 9:00 a.m., or soon thereafter as may be convenient for the Court, and extend all related deadlines, including the deadline for the Rule 26(f) Conference and to file a Joint Status Report.

**IT IS SO STIPULATED.**

The pretrial scheduling conference is continued to November 25/2013, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

DATED: September 5, 2013       SEYFARTH SHAW LLP

                  By  s/ Kristina M. Launey
                    Kristina M. Launey
                    Sophia S. Kwan
                 Attorneys for Defendant
                 Wells Fargo Bank, N.A.

DATED: September 5, 2013                    Henk Leonard, A Professional Corporation

                                            By   s/ Robert Henk
                                                 Robert Henk
                                            Attorneys for Plaintiff
                                            Char Ruppel

**ORDER**

After considering the Parties' Stipulation to Continue the Status Conference, IT IS ORDERED that the current Status Conference scheduled for September 30, 2013 at 9:00 a.m. is continued to November 4, 2013 at 9:00 a.m. and that all corresponding deadlines are extended accordingly.  A Joint Status Report shall be filed fourteen days before the hearing.

**IT IS SO ORDERED.**

Dated:  September 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

16104830v.1