UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAR RUPPEL,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>        Defendant. | No.  2:13-cv-01199-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

      Defendant filed a "Notice of Settlement" on November 19, 2013, in which it states: "[the parties] have agreed on a settlement of this matter and are in the process of executing a written settlement agreement. Dispositional documents will be filed with the Court within 21 days of this Notice."  (Notice of Settlement, ECF No. 13.)

      Therefore, a dispositional document shall be filed no later than December 10, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

      IT IS SO ORDERED.

    Dated:  November 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge