UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAR RUPPEL,<br><br>         Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>         Defendant. | No. 2:13-cv-01199-GEB-AC<br><br>**DISMISSAL ORDER** |

Defendant filed a Notice of Settlement on November 19, 2013, in which it stated: "[the parties] have agreed on a settlement of this matter and are in the process of executing a written settlement agreement. Dispositional documents will be filed with the Court within 21 days of this Notice." (Notice of Settlement, ECF No. 13.) Therefore, an "Order Re: Settlement and Disposition" was filed on November 20, 2013, which directed the parties to file a dispositional document no later than December 10, 2013. (Order, ECF No. 14.) The November 20, 2013 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

1

1  Since no dispositional document has been filed, and the
2  parties have not provided any reason for the continued pendency
3  of this action, this action is dismissed without prejudice.
4  IT IS SO ORDERED.
5  Dated: December 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2